AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glenda Lee | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 03-CV-814 |
| v. | |
| Mascot Petroleum Co. Subsidiary of Sunoco, Inc. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss is denied, Defendant's motion for summary judgment is granted and this case is closed.

| | |
|---|---|
| Date: March 22, 2006 | RODNEY C. EARLY, CLERK |
| | By:   s/Deborah M. Zeeb |
| | Deputy Clerk |